COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:          Damien Lee Garcia v. The State of Texas

Appellate case number:        01-12-00488-CR; 01-12-00489-CR

Trial court case number:      09-CR-2345; 09-CR-2346

Trial court:                  405th District Court of Galveston County

      State's Exhibit 87, a video recording, was admitted into evidence at trial in the above case.  This Court, acting *sua sponte,* orders the Galveston County District Clerk, or the court reporter if the exhibit is still in his or her possession, to send the original of State's Exhibit 87, a video recording, to this Court.  The Clerk of this Court is directed to cooperate with the district clerk and/or court reporter to provide for the safekeeping, transportation, and return of such exhibit. *See* Tex. R. App P. 34.6(g)(2).

      The exhibit is due in this Court no later than April 25, 2013.

      It is so ORDERED.

Judge's signature: /s/ Laura C. Higley
               Acting individually


Date: April 22, 2013